# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAROL METAL PRODUCTS, INC., | § | Case No. 13-24360 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/12/2013 . The undersigned trustee was appointed on 06/12/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 22,283.06 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 1,109.53 |
| Bank service fees | | 581.47 |
| Other payments to creditors | | 2,133.88 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 18,458.18 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/13/2013 and the deadline for filing governmental claims was 11/13/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,978.31 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,978.31 , for a total compensation of $ 2,978.31 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 68.34 , for total expenses of $ 68.34 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/06/2015          By: _____
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 13-24360 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | CAROL METAL PRODUCTS, INC., | Date Filed (f) or Converted (c): | 06/12/13 (f) |
| | | 341(a) Meeting Date: | 08/08/13 |
| For Period Ending: | 07/06/15 | Claims Bar Date: | 11/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCONTS | 4,774.31 | 4,774.31 | | 4,533.06 | FA |
| 2. VEHICLE | 23,000.00 | 15,000.00 | | 17,750.00 | FA |
| 3. OFFICE FURNISHINGS | 500.00 | 0.00 | | 0.00 | FA |
| 4. MACHINERY | 1,100.00 | 0.00 | | 0.00 | FA |
| 5. INVENTORY | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. WELDING FIXTURES | 200.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $31,074.31 | $19,774.31 | | $22,283.06 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE TO FILE ADVERSARY COMPLAINTS TO AVOID TRANSFERS - Jan. 17, 2015.  IT APPEARS THAT THERE WILL BE ASSETS TO BE
LIQUIDATED.  341 MEETING IS SET FOR 8/8/13.  TRUSTEE HAS COLLECTED BANK PROCEEDS AND SOLD VEHICLE.  TRUSTEE TO CONDUCT A
PREFERENCE ANALYSIS - January 19, 2014.  NO CHANGE - April 30, 2014.  TRUSTEE REVIEWING RECORDS - July 17, 2014.
INVESTIGATION CONTINUES - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 06/30/15     Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-24360 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | CAROL METAL PRODUCTS, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2515 Checking Account |
| Taxpayer ID No: | *******7771 | | | |
| For Period Ending: | 07/06/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/12/13 | 1 | CHASE | Proceeds from bank accounts | 1129-000 | 2,434.58 | | 2,434.58 |
| 08/12/13 | 1 | CHASE | Proceeds from bank accounts | 1129-000 | 2,098.48 | | 4,533.06 |
| 09/09/13 | 2 | AMERICAN AUCTION ASSOCIATES INC. | Sale proceeds | 1129-000 | 17,750.00 | | 22,283.06 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 22,273.06 |
| 09/11/13 | | FORD MOTOR CREDIT | Payment of secured claim | 4210-000 | | 2,133.88 | 20,139.18 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.98 | 20,116.20 |
| 10/16/13 | 300001 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses | 3620-000 | | 1,061.95 | 19,054.25 |
| | | | Auctioneer Expenses | | | | |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.50 | 19,024.75 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.37 | 18,997.38 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.24 | 18,969.14 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.20 | 18,940.94 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.44 | 18,915.50 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 27.47 | 18,888.03 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.12 | 18,859.91 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.15 | 18,832.76 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.00 | 18,804.76 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.05 | 18,777.71 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.92 | 18,749.79 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.88 | 18,721.91 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.94 | 18,694.97 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.79 | 18,667.18 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.86 | 18,640.32 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.71 | 18,612.61 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.67 | 18,584.94 |
| | | | Page Subtotals | | 22,283.06 | 3,698.12 | |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-24360 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | CAROL METAL PRODUCTS, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2515  Checking Account |
| Taxpayer ID No: | *******7771 | | |
| For Period Ending: | 07/06/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/15 | 300003 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 20.11 | 18,564.83 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.96 | 18,539.87 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.57 | 18,512.30 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.64 | 18,485.66 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.48 | 18,458.18 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 22,283.06 | 3,824.88 | 18,458.18 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 22,283.06 | 3,824.88 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 22,283.06 | 3,824.88 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******2515 | 22,283.06 | 3,824.88 | 18,458.18 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 22,283.06 | 3,824.88 | 18,458.18 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     126.76

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 12, 2015 |
|---|---|---|---|---|---|---|

Case Number:  13-24360  
Debtor Name:  CAROL METAL PRODUCTS, INC.,  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| JOSEPH E.<br>001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,046.65 | $3,046.65 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $47.58 | $47.58 |
| 001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madsion Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,546.00 | $3,546.00 |
| 001<br>3410-00 | COOKE & LEWIS, LTD., Accountants | Administrative | | $0.00 | $2,130.00 | $2,130.00 |
| 000001<br>070<br>7100-00 | Esper A. Petersen Jr successor Trustee<br>Norstates Bank UTA 204362<br>Gregory J Jordan - Jordam & Zito LLC<br>55 W Monroe St Suite 3600<br>Chicago, IL 60603 | Unsecured | | $0.00 | $39,558.37 | $39,558.37 |
| 000002<br>070<br>7100-00 | Multimetal Products<br>3965 Grove Avenue<br>Gurnee, IL 60031 | Unsecured | | $0.00 | $35,000.00 | $35,000.00 |
| 000003<br>070<br>7100-00 | FORD MOTOR CREDIT COMPANY LLC<br>c/o Freedman Anselmo Lindberg, LLC<br>P.O Box 3216<br>Naperville, IL 60566-9713 | Unsecured | | $0.00 | $2,133.88 | $2,133.88 |
| 000004<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $43,067.28 | $43,067.28 |
| 000005<br>070<br>7100-00 | KCP Metal Fabrications, Inc.<br>Hardt Stern & Kayne PC<br>2610 Lake Cook Road<br>Suite 200<br>Riverwoods, IL 60015 | Unsecured | | $0.00 | $126,018.76 | $126,018.76 |
| 000006<br>070<br>7100-00 | KCP Metal Fabrications Inc<br>Office of US Trustee via CM/ECF System<br>Kellie K Walters Via CM/ECF System<br>Attached Service List via First Class US Mail | Unsecured | | $0.00 | $0.00 | $0.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 12, 2015 |
|---|---|---|---|---|---|---|
| Case Number: | 13-24360 | Claim Type Sequence | | | | |
| Debtor Name: | CAROL METAL PRODUCTS, INC., | | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 000007<br>080<br>7200-00 | Royal Fabricators<br>Judy D Rockow<br>1857 Watercolor Place<br>Grayslake, IL 60030 | Unsecured | | $0.00 | $4,590.93 | $4,590.93 |
| | Case Totals: | | | $0.00 | $259,139.45 | $259,139.45 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-24360
Case Name: CAROL METAL PRODUCTS, INC.,
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 18,458.18

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,978.31 | $ 0.00 | $ 2,978.31 |
| Trustee Expenses: JOSEPH E. COHEN | $ 68.34 | $ 0.00 | $ 68.34 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 3,546.00 | $ 0.00 | $ 3,546.00 |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD., Accountants | $ 1,850.00 | $ 0.00 | $ 1,850.00 |
| Accountant for Trustee Expenses: COOKE & LEWIS, LTD., Accountants | $ 280.00 | $ 0.00 | $ 280.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 47.58 | $ 47.58 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 8,722.65

Remaining Balance $ 9,735.53

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 245,778.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Esper A. Petersen Jr successor Trustee Norstates Bank UTA 204362 Gregory J Jordan - Jordam & Zito LLC 55 W Monroe St Suite 3600 Chicago, IL 60603 | $ 39,558.37 | $ 0.00 | $ 1,566.95 |
| 000002 | Multimetal Products 3965 Grove Avenue Gurnee, IL 60031 | $ 35,000.00 | $ 0.00 | $ 1,386.39 |
| 000003 | FORD MOTOR CREDIT COMPANY LLC c/o Freedman Anselmo Lindberg, LLC P.O Box 3216 Naperville, IL 60566-9713 | $ 2,133.88 | $ 0.00 | $ 84.52 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 43,067.28 | $ 0.00 | $ 1,705.94 |
| 000005 | KCP Metal Fabrications, Inc.<br>Hardt Stern & Kayne PC<br>2610 Lake Cook Road<br>Suite 200<br>Riverwoods, IL 60015 | $ 126,018.76 | $ 0.00 | $ 4,991.73 |
| 000006 | KCP Metal Fabrications Inc<br>Office of US Trustee via CM/ECF System<br>Kellie K Walters Via CM/ECF System<br>Attached Service List via First Class US Mail | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors         $         9,735.53

Remaining Balance         $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 4,590.93 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Royal Fabricators<br>Judy D Rockow<br>1857 Watercolor Place<br>Grayslake, IL 60030 | $ 4,590.93 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors         $         0.00

  Remaining Balance                   $_____0.00_

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE