# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
CAROL METAL PRODUCTS, INC., § Case No. 13-24360
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 07/31/2015 in Courtroom ,

North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____
                                         Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CAROL METAL PRODUCTS, INC., §  Case No. 13-24360
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 22,283.06 |
| and approved disbursements of | $ | 3,824.88 |
| leaving a balance on hand of[1] | $ | 18,458.18 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,978.31 | $ 0.00 | $ 2,978.31 |
| Trustee Expenses: JOSEPH E. COHEN | $ 68.34 | $ 0.00 | $ 68.34 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 3,546.00 | $ 0.00 | $ 3,546.00 |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD., Accountants | $ 1,850.00 | $ 0.00 | $ 1,850.00 |
| Accountant for Trustee Expenses: COOKE & LEWIS, LTD., Accountants | $ 280.00 | $ 0.00 | $ 280.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 47.58 | $ 47.58 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 8,722.65 |
| Remaining Balance | | $ | 9,735.53 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 245,778.29 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Esper A. Petersen Jr successor Trustee Norstates Bank UTA 204362 Gregory J Jordan - Jordam & Zito LLC 55 W Monroe St Suite 3600 Chicago, IL 60603 | $ 39,558.37 | $ 0.00 | $ 1,566.95 |
| 000002 | Multimetal Products 3965 Grove Avenue Gurnee, IL 60031 | $ 35,000.00 | $ 0.00 | $ 1,386.39 |
| 000003 | FORD MOTOR CREDIT COMPANY LLC c/o Freedman Anselmo Lindberg, LLC P.O Box 3216 Naperville, IL 60566-9713 | $ 2,133.88 | $ 0.00 | $ 84.52 |

UST Form 101-7-NFR (10/1/2010) (Page: 3)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 43,067.28 | $ 0.00 | $ 1,705.94 |
| 000005 | KCP Metal Fabrications, Inc.<br>Hardt Stern & Kayne PC<br>2610 Lake Cook Road<br>Suite 200<br>Riverwoods, IL 60015 | $ 126,018.76 | $ 0.00 | $ 4,991.73 |
| 000006 | KCP Metal Fabrications Inc<br>Office of US Trustee via CM/ECF System<br>Kellie K Walters Via CM/ECF System<br>Attached Service List via First Class US Mail | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $         9,735.53

Remaining Balance     $         0.00

Tardily filed claims of general (unsecured) creditors totaling $ 4,590.93 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Royal Fabricators<br>Judy D Rockow<br>1857 Watercolor Place<br>Grayslake, IL 60030 | $ 4,590.93 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors     $         0.00

Remaining Balance     $         0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-24360-ABG
Carol Metal Products, Inc.                                              Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley               Page 1 of 2                    Date Rcvd: Jul 17, 2015
                              Form ID: pdf006             Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2015.
```
db          +Carol Metal Products, Inc.,    335 Thompson Avenue,    Winthrop Harbor, IL 60096-1144
aty         +Cohen & Krol,    Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
20601589     Advanced Disposal,    PO Box 6484,    Carol Stream, IL 60197-6484
20601590     American Aluminum Extrusion,    1st Lawrence Avenue,    Beloit, WI 53511
20601591    +American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
21090235     American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20601592     Amerigas,    Department 0140,    Palatine, IL 60055-0140
20601593    +Capital One,    P.O. Box 6492,    Carol Stream, IL 60197-6492
20601594    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
20601595    +Chase,    PO Box 659732,    San Antonio, TX 78265-9732
20601596    +Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
20601597     Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
20601600    +Esper A. Petersen Jr successor Trustee,    Norstates Bank UTA 204362,
              Gregory J Jordan - Jordam & Zito LLC,    55 W Monroe St Suite 3600,    Chicago, IL 60603-5026
20601601    +F. Michael Gober,    335 Thompson Avenue,    Winthrop Harbor, IL 60096-1144
20904210    +FORD MOTOR CREDIT COMPANY LLC,    c/o Freedman Anselmo Lindberg, LLC,    P.O Box 3216,
              Naperville, IL 60566-7216
20601602    +FedEx Express,    PO Box 94515,    Palatine, IL 60094-4515
20601603    +FedEx Freight,    PO Box 10306,    Palatine, IL 60055-0001
20601604     FordCredit,    P.O. Box 790093,    Saint Louis, MO 63179-0093
20601605    +Freedman Anselmo Lindberg LLC,    PO Box 3228,    Naperville, IL 60566-3228
20601606    +Hughs Peters,    8000 Technology Road,    Dayton, OH 45424-1573
20601607    +International Sales & Engr.,    8638 Hart Drive,    Waterford, WI 53185-1362
20601608    +Johnson Landscaping,    10853 W. Pickford Avenue,    Zion, IL 60099-3548
20601609    +KCP Metal Fabrications, Inc.,    Hardt Stern & Kayne PC,    2610 Lake Cook Road,    Suite 200,
              Riverwoods, IL 60015-5710
20601610    +Lawrence C. Jaynes & Associates,    2300 N. Barrington Road, Suite 451,
              Hoffman Estates, IL 60169-2082
20601611     Leeds,    PO Box 712549,    Cincinnati, OH 45271-2549
20601612    +Menards,    HSBC Buisness Services,    PO Box 5219,    Carol Stream, IL 60197-5219
20601613    +Michael Gober,    335 Thompson Avenue,    Winthrop Harbor, IL 60096-1144
20601614    +Multimetal Products,    3965 Grove Avenue,    Gurnee, IL 60031-2161
20601615     Newark in One,    PO Box 94151,    Carol Stream, IL 60197
20601617    +Paradigm Productions, Inc.,    2500 E. Devon Avenue,    Suite 150,    Des Plaines, IL 60018-4951
20601618     Pitney Bowes,    PO Box 371874,    Pittsburgh, PA 15250-7874
20601619    +Portage Auto,    3918-20 Milwaukee Avenue,    Chicago, IL 60641-2703
20601620     Roadrunner,    PO Box 809066,    Chicago, IL 60680-9066
21245513    +Royal Fabricators,    Judy D Rockow,    1857 Watercolor Place,    Grayslake, IL 60030-4035
20601622    +Shaginaw Control & Engineering,    95 Midland Road,    Saginaw, MI 48638-5791
20601623    +Sherwin Williams,    5111 Dansher Road,    La Grange, IL 60525-3128
20601624    +Steven B. Weinberg,    33 North County Street,    Suite 300,    Waukegan, IL 60085-4322
20601625    +Trippe Mfg. Co.,    1111 W. 35th Street,    Chicago, IL 60609-1444
20601627     UPS,    Lockbox 577,    Carol Stream, IL 60132-0577
20601628    +Village of Gurnee,    325 North O'Plaine Road,    Gurnee, IL 60031-2610
20601629    +YRC Freight,    PO Box 93151,    Chicago, IL 60673-3151
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20601598     +E-mail/Text: legalcollections@comed.com Jul 18 2015 00:40:29    ComEd,    PO Box 6111,
              Carol Stream, IL 60197-6111
20601599     +E-mail/Text: mcolton@domesticuniform.com Jul 18 2015 00:40:39    Domestic Uniform Rental,
              4131 N. Ravenswood,    Chicago, IL 60613-1888
20601626     +E-mail/Text: ulinecollections@uline.com Jul 18 2015 00:40:05    Uline,    2200 Lakeside Drive,
              Waukegan, IL 60085-8311
                                                                                              TOTAL: 3
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21216328      KCP Metal Frabrications Inc,    Office of US Trustee via CM/ECF System,
              Kellie K Walters Via CM/ECF System,    Attached Service List via First Class,    US Mail
20601616     ##North Shore Gas,    PO Box A3991,    Chicago, IL 60690-3991
20601621     ##+Royal Fabricators,    1600 N. Milwaukee Avenue,    Suite 605,    Lake Villa, IL 60046-8705
                                                                                 TOTALS: 1, * 0, ## 2
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1         User: mhenley            Page 2 of 2               Date Rcvd: Jul 17, 2015
                             Form ID: pdf006          Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2015                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2015 at the address(es) listed below:
          E. Philip Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
           trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Gina B Krol, ESQ    on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com,
           gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Gregory J Jordan    on behalf of Creditor    Norstates Bank f/k/a Bank of Waukegan, not personally
           but solely as Trustee, under Trust Agreement No. 204362 gjordan@jz-llc.com
          Joseph E Cohen     jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
           .com
          Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
           .com
          Joseph E Cohen    on behalf of Accountant Stephen M Lewis jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
           .com
          Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
           .com
          Joseph E Cohen    on behalf of Auctioneer    Donald Dodge jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
           .com
          Kellie K Walters    on behalf of Debtor    Carol Metal Products, Inc.
           waltersobrienlawoffice@gmail.com,  sharen_pierce@sbcglobal.net,cate@fairplayparalegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 10
```