**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAROL METAL PRODUCTS, INC., | § | Case No. 13-24360 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 3,300.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 11,869.41 | Claims Discharged<br>Without Payment: 460,296.94 |
| Total Expenses of Administration: 10,413.65 | |

3) Total gross receipts of $ 22,283.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 22,283.06 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 130,534.64 | $ 2,133.88 | $ 2,133.88 | $ 2,133.88 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,413.65 | 10,413.65 | 10,413.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 391,749.33 | 250,369.22 | 250,369.22 | 9,735.53 |
| **TOTAL DISBURSEMENTS** | $ 522,283.97 | $ 262,916.75 | $ 262,916.75 | $ 22,283.06 |

4) This case was originally filed under chapter 7 on 06/12/2013 . The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/23/2016 By:/s/JOSEPH E. COHEN
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCONTS | 1129-000 | 4,533.06 |
| VEHICLE | 1129-000 | 17,750.00 |
| **TOTAL GROSS RECEIPTS** | | **$** 22,283.06 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 659732 San Antonio, TX 78265-9751 | | 129,106.94 | NA | NA | 0.00 |
| | FordCredit P.O. Box 790093 Saint Louis, MO 63179-0093 | | 1,427.70 | NA | NA | 0.00 |
| | FORD MOTOR CREDIT | 4210-000 | NA | 2,133.88 | 2,133.88 | 2,133.88 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | | $ 130,534.64 | $ 2,133.88 | $ 2,133.88 | $ 2,133.88 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 2,978.31 | 2,978.31 | 2,978.31 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 68.34 | 68.34 | 68.34 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 47.58 | 47.58 | 47.58 |
| ASSOCIATED BANK | 2600-000 | NA | 581.47 | 581.47 | 581.47 |
| COHEN & KROL, ATTORNEYS | 3110-000 | NA | 2,364.00 | 2,364.00 | 2,364.00 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 1,182.00 | 1,182.00 | 1,182.00 |
| COOKE & LEWIS, LTD., ACCOUNTANTS | 3410-000 | NA | 1,850.00 | 1,850.00 | 1,850.00 |
| COOKE & LEWIS, LTD., ACCOUNTANTS | 3420-000 | NA | 280.00 | 280.00 | 280.00 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | NA | 1,061.95 | 1,061.95 | 1,061.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 10,413.65 | $ 10,413.65 | $ 10,413.65 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Disposal PO Box 6484 Carol Stream, IL 60197-6484 | | 215.39 | NA | NA | 0.00 |
| | American Aluminum Extrusion 1st Lawrence Avenue Beloit, WI 53511 | | 6,000.00 | NA | NA | 0.00 |
| | Amerigas Department 0140 Palatine, IL 60055-0140 | | 171.36 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One P.O. Box 6492 Carol Stream, IL 60197 | | 6,693.15 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 30,010.94 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 36,343.33 | NA | NA | 0.00 |
| | Citi Cards PO Box 6500 Sioux Falls, SD 57117 | | 15,174.63 | NA | NA | 0.00 |
| | ComEd PO Box 6111 Carol Stream, IL 60197 | | 489.54 | NA | NA | 0.00 |
| | Comcast PO Box 3001 Southeastern, PA 19398-3001 | | 687.56 | NA | NA | 0.00 |
| | Domestic Uniform Rental 4131 N. Ravenswood Chicago, IL 60613 | | 1,135.70 | NA | NA | 0.00 |
| | F. Michael Gober 335 Thompson Avenue Winthrop Harbor, IL 60096 | | 55,501.76 | NA | NA | 0.00 |
| | FedEx Express PO Box 94515 Palatine, IL 60094-4545 | | 26.15 | NA | NA | 0.00 |
| | FedEx Freight PO Box 10306 Palatine, IL 60055 | | 1,270.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hughs Peters 8000 Technology Road Dayton, OH 45424 | | 759.81 | NA | NA | 0.00 |
| | International Sales & Engr. 8638 Hart Drive Waterford, WI 53185 | | 250.00 | NA | NA | 0.00 |
| | Johnson Landscaping 10853 W. Pickford Avenue Zion, IL 60099 | | 873.75 | NA | NA | 0.00 |
| | Lawrence C. Jaynes & Associates 2300 N. Barrington Road, Suite 451 Hoffman Estates, IL 60169 | | 31,150.11 | NA | NA | 0.00 |
| | Leeds PO Box 712549 Cincinnati, OH 45271-2549 | | 759.81 | NA | NA | 0.00 |
| | Menards HSBC Buisness Services PO Box 5219 Carol Stream, IL 60197 | | 910.62 | NA | NA | 0.00 |
| | Newark in One PO Box 94151 Carol Stream, IL 60197 | | 121.92 | NA | NA | 0.00 |
| | North Shore Gas PO Box A3991 Chicago, IL 60690-3991 | | 799.93 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Paradigm Productions, Inc. 2500 E. Devon Avenue Suite 150 Des Plaines, IL 60018 | | 300.00 | NA | NA | 0.00 |
| | Pitney Bowes PO Box 371874 Pittsburgh, PA 15250-7874 | | 1,197.93 | NA | NA | 0.00 |
| | Portage Auto 3918-20 Milwaukee Avenue Chicago, IL 60611 | | 3,305.70 | NA | NA | 0.00 |
| | Roadrunner PO Box 809066 Chicago, IL 60680-9066 | | 8,366.03 | NA | NA | 0.00 |
| | Shaginaw Control & Engineering 95 Midland Road Saginaw, MI 48638-5770 | | 9,425.72 | NA | NA | 0.00 |
| | Sherwin Williams 5111 Dansher Road La Grange, IL 60525-6905 | | 4,214.95 | NA | NA | 0.00 |
| | Steven B. Weinberg 33 North County Street Suite 300 Waukegan, IL 60085 | | 0.00 | NA | NA | 0.00 |
| | Trippe Mfg. Co. 1111 W. 35th Street Chicago, IL 60609 | | 264.00 | NA | NA | 0.00 |
| | UPS Lockbox 577 Carol Stream, IL 60132-0577 | | 1,671.51 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Uline 2200 Lakeside Drive Waukegan, IL 60085 | | 628.07 | NA | NA | 0.00 |
| | Village of Gurnee 325 North O'Plaine Road Gurnee, IL 60031 | | 17.62 | NA | NA | 0.00 |
| | YRC Freight PO Box 93151 Chicago, IL 60673 | | 926.26 | NA | NA | 0.00 |
| 000004 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 41,359.50 | 43,067.28 | 43,067.28 | 1,705.94 |
| 000001 | ESPER A. PETERSEN JR SUCCESSOR TRUS | 7100-000 | NA | 39,558.37 | 39,558.37 | 1,566.95 |
| 000005 | KCP METAL FABRICATIONS, INC. | 7100-000 | 96,427.04 | 126,018.76 | 126,018.76 | 4,991.73 |
| 000006 | KCP METAL FRABRICATIONS INC | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000002 | MULTIMETAL PRODUCTS | 7100-000 | 30,000.00 | 35,000.00 | 35,000.00 | 1,386.39 |
| 000003 | FORD MOTOR CREDIT COMPANY LLC | 7100-001 | 0.00 | 2,133.88 | 2,133.88 | 84.52 |
| 000007 | ROYAL FABRICATORS | 7200-000 | 4,299.54 | 4,590.93 | 4,590.93 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 391,749.33 | $ 250,369.22 | $ 250,369.22 | $ 9,735.53 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 13-24360 ABG Judge: A. BENJAMIN GOLDGAR
Case Name: CAROL METAL PRODUCTS, INC.,

For Period Ending: 03/23/16

Trustee Name: JOSEPH E. COHEN
Date Filed (f) or Converted (c): 06/12/13 (f)
341(a) Meeting Date: 08/08/13
Claims Bar Date: 11/13/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCONTS | 4,774.31 | 4,774.31 | | 4,533.06 | FA |
| 2. VEHICLE | 23,000.00 | 15,000.00 | | 17,750.00 | FA |
| 3. OFFICE FURNISHINGS | 500.00 | 0.00 | | 0.00 | FA |
| 4. MACHINERY | 1,100.00 | 0.00 | | 0.00 | FA |
| 5. INVENTORY | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. WELDING FIXTURES | 200.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $31,074.31 | $19,774.31 | | $22,283.06 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS DEPOSITING UNCLEARED FUNDS WITH THE CLERK OF THE COURT - 01/20/16. TRUSTEE WAITING FOR CHECKS TO CLEAR - Oct. 31, 2015. TFR & NFR PREPARED - July 30, 2015. TRUSTEE TO COMMENE DRAFTING OF TFR - April 30, 2015. TRUSTEE TO FILE ADVERSARY COMPLAINTS TO AVOID TRANSFERS - Jan. 17, 2015. IT APPEARS THAT THERE WILL BE ASSETS TO BE LIQUIDATED. 341 MEETING IS SET FOR 8/8/13. TRUSTEE HAS COLLECTED BANK PROCEEDS AND SOLD VEHICLE. TRUSTEE TO CONDUCT A PREFERENCE ANALYSIS - January 19, 2014. NO CHANGE - April 30, 2014. TRUSTEE REVIEWING RECORDS - July 17, 2014. INVESTIGATION CONTINUES - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 06/30/15 Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-24360 -ABG
Case Name: CAROL METAL PRODUCTS, INC.,

Taxpayer ID No: *******7771
For Period Ending: 03/23/16

Trustee Name: JOSEPH E. COHEN
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******2515 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/12/13 | 1 | CHASE | Proceeds from bank accounts | 1129-000 | 2,434.58 | | 2,434.58 |
| 08/12/13 | 1 | CHASE | Proceeds from bank accounts | 1129-000 | 2,098.48 | | 4,533.06 |
| 09/09/13 | 2 | AMERICAN AUCTION ASSOCIATES INC. | Sale proceeds | 1129-000 | 17,750.00 | | 22,283.06 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 22,273.06 |
| 09/11/13 | | FORD MOTOR CREDIT | Payment of secured claim | 4210-000 | | 2,133.88 | 20,139.18 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.98 | 20,116.20 |
| 10/16/13 | 300001 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses<br>Auctioneer Expenses | 3620-000 | | 1,061.95 | 19,054.25 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.50 | 19,024.75 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.37 | 18,997.38 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.24 | 18,969.14 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.20 | 18,940.94 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.44 | 18,915.50 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 27.47 | 18,888.03 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.12 | 18,859.91 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.15 | 18,832.76 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.00 | 18,804.76 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.05 | 18,777.71 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.92 | 18,749.79 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.88 | 18,721.91 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.94 | 18,694.97 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.79 | 18,667.18 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.86 | 18,640.32 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.71 | 18,612.61 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.67 | 18,584.94 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 22,283.06 | 3,698.12 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-24360 -ABG
Case Name: CAROL METAL PRODUCTS, INC.,
Taxpayer ID No: *******7771
For Period Ending: 03/23/16

Trustee Name: JOSEPH E. COHEN
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******2515 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/15 | 300003 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 20.11 | 18,564.83 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.96 | 18,539.87 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.57 | 18,512.30 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.64 | 18,485.66 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.48 | 18,458.18 |
| 08/03/15 | 300004 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Claim JOSEPH E., Payment 100.00000%<br>Trustee Fees<br>Trustee Fees | | | 3,046.65 | 15,411.53 |
| | | | Fees 2,978.31 | 2100-000 | | | |
| | | | Expenses 68.34 | 2200-000 | | | |
| 08/03/15 | 300005 | COHEN & KROL, Attorneys<br>105 West Madsion Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 2,364.00 | 13,047.53 |
| 08/03/15 | 300006 | JOSEPH E. COHEN, Attorney<br>105 W. Madison St.<br>Chicago, IL 60602 | Attorney fees | 3110-000 | | 1,182.00 | 11,865.53 |
| 08/03/15 | 300007 | COOKE & LEWIS, LTD., Accountants | Accountant for Trustee fees<br>Accountant for Trustee fees | | | 2,130.00 | 9,735.53 |
| | | | Fees 1,850.00 | 3410-000 | | | |
| | | | Expenses 280.00 | 3420-000 | | | |
| 08/03/15 | 300008 | Esper A. Petersen Jr successor Trustee<br>Norstates Bank UTA 204362<br>Gregory J Jordan - Jordam & Zito LLC<br>55 W Monroe St Suite 3600<br>Chicago, IL 60603 | Claim 000001, Payment 3.96111%<br>(1-1) Judgment/Lease Claim<br>(1-1)<br>Modified on 8/22/13 to correct creditor address (cg) | 7100-000 | | 1,566.95 | 8,168.58 |
| 08/03/15 | 300009 | Multimetal Products | Claim 000002, Payment 3.96111% | 7100-000 | | 1,386.39 | 6,782.19 |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 11,802.75 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-24360 -ABG
Case Name: CAROL METAL PRODUCTS, INC.,

Taxpayer ID No: *******7771
For Period Ending: 03/23/16

Trustee Name: JOSEPH E. COHEN
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******2515 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 3965 Grove Avenue<br>Gurnee, IL 60031 | (2-1) Judgment | | | | |
| * 08/03/15 | 300010 | FORD MOTOR CREDIT COMPANY LLC<br>c/o Freedman Anselmo Lindberg, LLC<br>P.O Box 3216<br>Naperville, IL 60566-9713 | Claim 000003, Payment 3.96086%<br>(3-1) RETAIL INSTALLMENT CONTRACT DEFICIENCY BANALCE-2008 FORD MUSTANG | 7100-003 | | 84.52 | 6,697.67 |
| 08/03/15 | 300011 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 3.96110%<br>(4-1) CREDIT CARD DEBT | 7100-000 | | 1,705.94 | 4,991.73 |
| 08/03/15 | 300012 | KCP Metal Fabrications, Inc.<br>Hardt Stern & Kayne PC<br>2610 Lake Cook Road<br>Suite 200<br>Riverwoods, IL 60015 | Claim 000005, Payment 3.96110%<br>(5-1) Modified on 11/13/13 to correct creditor name/address (cg)(5-2) Modified on 11/15/13 to correct creditor address (cg) | 7100-000 | | 4,991.73 | 0.00 |
| * 01/22/16 | 300010 | FORD MOTOR CREDIT COMPANY LLC<br>c/o Freedman Anselmo Lindberg, LLC<br>P.O Box 3216<br>Naperville, IL 60566-9713 | Claim 000003, Payment 3.96086% | 7100-003 | | -84.52 | 84.52 |
| 01/22/16 | 300013 | CLERK OF BANKRUPTCY COURT<br>219 S. DEARBORN ST., CHICAGO, IL 60604 | Claim 000003, Payment 3.96086%<br>(3-1) RETAIL INSTALLMENT CONTRACT DEFICIENCY BANALCE-2008 FORD MUSTANG | 7100-001 | | 84.52 | 0.00 |

Page Subtotals 0.00 6,782.19

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-24360 -ABG
Case Name: CAROL METAL PRODUCTS, INC.,

Taxpayer ID No: *******7771
For Period Ending: 03/23/16

Trustee Name: JOSEPH E. COHEN
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******2515 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 22,283.06 | 22,283.06 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 22,283.06 | 22,283.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 22,283.06 | 22,283.06 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********2515 | 22,283.06 | 22,283.06 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 22,283.06 | 22,283.06 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Deposits | Disbursements |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |